UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE: | : |
| Alfredo F. Madeam, Jr. aka Alfredo Fernando Madeam aka Alfredo Madeam aka Alfred F. Madeam, Jr. and Lisa O. Madeam aka Lisa Olive Madeam aka Lisa Madeam | : Chapter 13 : : Bankruptcy Number 18-03062 RNO |
| Debtors | : |
| Federal National Mortgage Association ("Fannie Mae") | : : |
| Movant | : |
| v. | : |
| Alfredo F. Madeam, Jr. aka Alfredo Fernando Madeam aka Alfredo Madeam aka Alfred F. Madeam, Jr. and Lisa O. Madeam aka Lisa Olive Madeam aka Lisa Madeam and Charles J. DeHart, III, Trustee | : : : : : : |
| Respondents | : |

## ORDER

**AND NOW**, no answer or other responsive pleading having been filed, it is:

ORDERED AND DECREED THAT: The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Code, 11 U.S.C. 362, is modified with respect to the premises 902 Thornberry Court fka Lot 20 Knoll Acres, East Stroudsburg PA 18301, as to allow the Movant to take such actions with respect to the real property as are set forth under applicable non-bankruptcy law. The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

Dated: July 10, 2019

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (PAR)