# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Alfredo F. Madeam, Jr.**<br>aka Alfredo Fernando Madeam<br>aka Alfredo Madeam<br>aka Alfred F. Madeam, Jr.<br><br>**Debtor 1**<br><br>**Lisa O. Madeam**<br>aka Lisa Olive Madeam<br>aka Lisa Madeam<br><br>**Debtor 2** | Chapter: 13<br><br>Case No.: 5:18-bk-03062-MJC |

## ORDER DISMISSING FOR FAILURE TO COMPLY WITH ORDER

**IT IS HEREBY ORDERED** that the above-captioned case is hereby dismissed due to Debtors' failure to comply with ORDER dated March 16, 2023, Dkt. # 91.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: April 16, 2023