# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0314–5 | User: AutoDocketer | | Date Created: 4/17/2023 |
| Case: 5:18–bk–03062–MJC | Form ID: pdf010 | | Total: 65 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| cr  | Monroe County Tax Claim Bureau | TZito@monroecountypa.gov |
| tr  | Jack N Zaharopoulos | info@pamd13trustee.com |
| aty | D Brian Simpson | d.brian.simpson@usdoj.gov |
| aty | Heather Stacey Riloff | heather@mvrlaw.com |
| aty | Joseph J. Swartz | RA–occbankruptcy2@state.pa.us |
| aty | Lorraine Gazzara Doyle | ldoyle@logs.com |
| aty | Robert J Kidwell, III | rkidwell@newmanwilliams.com |
| aty | Vincent Rubino | VRubino@newmanwilliams.com |
| aty | William E. Craig | ecfmail@mortoncraig.com |

TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Alfredo F. Madeam, Jr. | 902 Thornberry Court | East Stroudsburg, PA 18302–7911 | |
| jdb | Lisa O. Madeam | 902 Thornberry Court | East Stroudsburg, PA 18302–7911 | |
| cr | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 | |
| cr | Credit Acceptance Corporation | 25505 West 12 Mile Road | Southfield, MI 48034 | |
| cr | IRS | PO Box 12051 | Philadelphia, PA 19103 | |
| 5087311 | ADT SECURITY SERVICES | PO BOX 371490 | PITTSBURGH, PA 15250–7490 | |
| 5104860 | Ashley Funding Services, LLC its successors and assigns as assignee of Laboratory Corporation of America Holdings | Resurgent Capital Services | PO Box 10587 | Greenville, SC 29603–0587 |
| 5087312 | BANFIELD PET HOSPITAL | C/O IC SYSTEMS COLLECTIONS | PO BOX 64378 | SAINT PAUL, MN 55164–0378 |
| 5087313 | BAYVIEW LOAN SERVICING | 4425 PONCE DE LEON BLVD 5TH FL | CORAL GABLES, FL 33146 | |
| 5087314 | BLUE RIDGE CABLE | 920 EHLER STREET | STROUDSBURG, PA 18360 | |
| 5087315 | CAPITAL ONE | PO BOX 30285 | SALT LAKE CITY, UT 84130–0285 | |
| 5087316 | CHASE BANK | OHI – 1272 | 340 S CLEVELAND AVE BLDG 370 | WESTERVILLE, OH 43081 |
| 5087317 | COMENITY BANK | BANKRUPTCY DEPT | PO BOX 182125 | COLUMBUS, OH 43218–2125 |
| 5087319 | CREDIT ACCEPTANCE CORP | 25505 WEST TWELVE MILE RD | SOUTHFIELD, MI 48034 | |
| 5087318 | CREDIT ACCEPTANCE CORP | PO BOX 5070 | SOUTHFIELD, MI 48086–5070 | |
| 5110839 | Capital One Bank (USA), N.A. | PO Box 71083 | Charlotte, NC 28272–1083 | |
| 5087320 | DIRECTV | ATTN BANKRUPTCIES | PO BOX 6550 | GREENWOOD VILLAGE, CO 80155–6550 |
| 5087321 | DREXEL UNIVERSITY | 3141 CHESTNUT STREET | PHILADELPHIA, PA 19104 | |
| 5087322 | DREXEL UNIVERSITY | C/O J SCOTT WATSON PC | 24 REGENCY PLAZA | GLEN MILLS, PA 19342 |
| 5111321 | David R. Kromm, Esq. | 4 World Trade Center, 24th Floor | 150 Greenwich Street | New York, NY 10007 |
| 5087323 | FAMILY CARE CENTERS | C/O TRANSWORLD SYSTEMS INC | 9525 SWEEL VALLEY DR BLDG A | CLEVELAND, OH 44125 |
| 5087324 | FF Credit Corporation | 590 Sunrise Highway | Baldwin, NY 11510 | |
| 5087325 | FIDELITY BROKERAGE SVCS LLC | 900 SALEM STREET | SMITHFIELD, RI 02917 | |
| 5087326 | FIRST PREMIER BANK | 601 S MINNESOTA AVE | SIOUX FALLS, SD 57104 | |
| 5095285 | Federal National Mortgage Association (Fannie Mae) | Martha E. Von Rosenstiel, P.C. | 649 South Avenue | Secane, PA 19018 |
| 5087327 | HEATHER RILOFF ESQ | MARTHA E VON ROSENSTIEL PC | 649 SOUTH AVENUE SUITE 7 | SECANE, PA 19018 |
| 5087328 | INTERNAL REVENUE SERVICE | SPECIAL PROCEDURE BRANCH | PO BOX 7346 | PHILADELPHIA, PA 19101–7346 |
| 5087329 | IRS | CENTRALIZED INSOLVENCY OP | PO BOX 7346 | PHILADELPHIA, PA 19101–7346 |
| 5087330 | JH PORTFOLIO DEBT EQUITIES/QVC INC | C/O FMA ALLIANCE LTD | 12339 CUTTEN ROAD | HOUSTON, TX 77066 |
| 5087331 | LEHIGH VALLEY HEALTH NETWORK | PO BOX 4067 | ALLENTOWN, PA 18105–4067 | |
| 5087332 | LEHIGH VALLEY HOSPITAL POCONO | C/O COMPUTER CREDIT INC | PO BOX 5238 | WINSTON SALEM, NC 27113–5238 |
| 5087333 | MTA BRIDGES & TUNNELS EZ PASS | C/O TRANSWORLD SYSTEMS INC | 5626 FRANTZ ROAD | DUBLIN, OH 43017 |
| 5087334 | MUNICIPAL CREDIT UNION | PO BOX 3205 | NEW YORK, NY 10007–3205 | |
| 5109579 | Monroe County Tax Claim Bureau | 1 Quaker Plaza, Room 104 | Stroudsburg, PA 18360 | |
| 5087335 | NAPA PENNSYLVANIA | C/O NATIONWIDE RECOVERY SERVICE | 545 W INMAN STREET | CLEVELAND, TN 37311 |
| 5087336 | NE REHAB & PAIN MGMT CENTER | 230 INDEPENDENCE RD | EAST STROUDSBURG, PA 18301–9447 | |
| 5087337 | NORTH AMERICAN PARTNERS ANESTH | PO BOX 275 | GLEN HEAD, NY 11545–0275 | |

| | | | | |
|---|---|---|---|---|
| 5087338 | NYS ASSESSMENT RECEIVABLES | GENERAL POST OFFICE | PO BOX 26823 | NEW YORK, NY 10087–6823 |
| 5087339 | NYS DEPT TAXATION & FINANCE | CIVIL ENFORCEMENT DIVISION | W A HARRIMAN CAMPUS | ALBANY, NY 12227–0841 |
| 5094855 | New York State Department of Taxation & Finance | Bankruptcy Section | P O Box 5300 | Albany, NY 12205–0300 |
| 5087340 | PA DEPT OF REVENUE | BUREAU OF COMPLIANCE | PO BOX 280946 | HARRISBURG, PA 17128–0946 |
| 5087341 | POCONO MEDICAL CENTER | 206 EAST BROWN STREET | | EAST STROUDSBURG, PA 18301 |
| 5088059 | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 | |
| 5093685 | Pennsylvania Department of Revenue | Bankruptcy Division | PO Box 280946 | Harrisburg, PA 17128–0946 |
| 5087342 | QSIDE FEDERAL CREDIT UNION | 21131 JAMAICA AVE | QUEENS VILLAGE, NY 11428 | |
| 5111536 | Quantum3 Group LLC as agent for | Comenity Bank | PO Box 788 | Kirkland, WA 98083–0788 |
| 5087343 | ST LUKES ANDERSON CAMPUS | C/O FINANCIAL RECOVERIES | PO BOX 1388 | MOUNT LAUREL, NJ 08054–7388 |
| 5087344 | SUNY DOWNSTATE MEDICAL CENTER | PO BOX 5308 | NEW YORK, NY 10087–5308 | |
| 5087345 | THE PORT AUTHORITY OF NY & NJ | C/O ALLIANCEONE RECEIVABLES MGMT | 6565 KIMBALL DR SUITE 200 | GIG HARBOR, WA 98335 |
| 5087346 | THE PORT AUTHORITY OF NY & NJ | C/O PETER C MERANI PC | 1001 AVE OF THE AMERICAS STE 1800 | NEW YORK, NY 10018 |
| 5087347 | TOLLS BY MAIL | PO BOX 15183 | ALBANY, NY 12212–5183 | |
| 5111322 | The Port Authority of New York and New Jersey | 4 World Trade Center, 24th Floor | 150 Greenwich Street | New York, NY 10007 |
| 5087348 | VERIZON | C/O PROFESSIONAL BUR OF COLLECTIONS | 5295 DTC PARKWAY | ENGLEWOOD, CO 80111 |
| 5087349 | VERIZON | C/O TRIDEN ASSET MANAGEMENT | 53 PERIMETER CENTER EAST STE 440 | ATLANTA, GA 30346 |
| 5094348 | Why Not Lease It | 1750 Elm St Suite 1200 | Manchester, NH 03104 | |

TOTAL: 55